**Fox and Fox Attorneys at Law, P.C.**
**By: Craig H. Fox, Esquire**
**Attorney I.D. #49509**
**706 One Montgomery Plaza**
**425 Swede Street**
**Norristown, PA  19401**
**Telephone:  (610) 275-7990**
**Facsimile:  (610) 275-2866**
**cfox@foxandfoxlaw.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|    William H. Johnson, aka | : | |
|    William Harry Johnson, | : | |
|                   Debtor(s) | : | BANKRUPTCY NO.  15-18005-jkf |
| | : | |
| **Springleaf Financial Services** | : | |
| **Of Pennsylvania, Inc.** | : | Hearing Date: August 17, 2016 |
|           v. | : | |
| **William H. Johnson, aka** | : | |
| **William Harry Johnson** | : | |

**PRAECIPE TO WITHDRAW OBJECTION OF SPRINGLEAF FINANCIAL SERVICES OF PENNSYLVANIA, INC. TO CONFIRMATION OF CHAPTER 13 PLAN**

TO THE CLERK:

      Kindly withdraw the Objection of Springleaf Financial Services of Pennsylvania, Inc. to Confirmation of Chapter 13 Plan.  Debtor filed an Amended Plan on July 8, 2016.

                                          Fox and Fox Attorneys at Law, P.C.


                                 By: __/s/ Craig H. Fox_____
                                     Craig H. Fox,
                                     Attorney for Springleaf Financial Services
                                     Of Pennsylvania, Inc.