United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
William H. Johnson
William H. Johnson
    Debtors

Case No. 15-18005-jkf
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: Randi | Page 1 of 1 | Date Rcvd: Aug 19, 2016 |
|---|---|---|---|
| | Form ID: 155 | Total Noticed: 2 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 21, 2016.
db     +William H. Johnson,    601 Bridge Street,    Spring City, PA 19475-1203
db     +William H. Johnson,    MAILING ADDRESS,    P.O. Box 411,    Spring City, PA 19475-0411

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 21, 2016    Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 19, 2016 at the address(es) listed below:
    CRAIG H. FOX    on behalf of Plaintiff    Springleaf Financial Services of Pennsylvania, Inc.
    bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
    CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
    bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
    JOSEPH L QUINN    on behalf of Defendant William H. Johnson CourtNotices@sjr-law.com
    JOSEPH L QUINN    on behalf of Debtor William H. Johnson CourtNotices@sjr-law.com
    JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
    bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
    TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William H. Johnson
     Debtor(s)

Chapter: 13

Bankruptcy No: 15−18005−jkf
_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this August 18, 2016 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Jean K. FitzSimon
                                            Judge ,
                                            United States Bankruptcy Court