### UNITED STATES BANKRUPTCY COURT FOR
### THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                                  Chapter 13

**William H. Johnson**                                    Bankruptcy No. 15-18005-elf

Debtor                                                              Hearing Date & Time:  4/9/19 at 9:30 a.m.

NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE

U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust has filed a Motion for Relief from Stay with the Court in order to gain Court authority to foreclose on real property known as 601 Bridge St., Spring City, PA 19475-1227.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before April 1, 2019 (17 days after the date the notice was mailed) you or your attorney must do all of the following:

    (a) file an answer explaining your position at

Clerk of Courts
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)  mail a copy to the movant's attorney:

Allison L. Carr, Esquire
Tucker Arensberg, P.C.
1500 One PPG Place
Pittsburgh, PA. 15222
(412) 566-1212
(412) 594-5619 (fax no.)

2.     If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.     A hearing on the motion is scheduled to be held before the Honorable Eric L. Frank on April 9, 2019, at 9:30a.m. in Courtroom #1, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Suite 201, Philadelphia, PA 19107.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 3/15/19