**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re:** | **Chapter 13** |
| **William H. Johnson** | **Bankruptcy No. 15-18005-elf** |
| **Debtor** | **Hearing Date & Time:  4/9/19 at 9:30 a.m.** |

<u>CERTIFICATE OF NO RESPONSE</u>

The undersigned hereby certifies that she did serve a copy of U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust's Motion for Relief from Stay and a Notice of Hearing to Consider Motion dated March 15, 2019, upon the Debtor, Debtor's Counsel, and the Chapter 13 Trustee on March 15, 2019.  Finally, the undersigned certifies that no response was filed to the Motion for Relief.

WHEREFORE, U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust respectfully requests this Honorable Court to enter an order granting U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust's Motion for Relief from Stay.

Dated:  4/2/19

TUCKER ARENSBERG, P.C.

*/s/ Allison L. Carr*
Allison L. Carr, Esquire, 203815
1500 One PPG Place
Pittsburgh, PA 15222
 (412) 566-1212
Attorney for U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust