# UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Chapter 13

William H. Johnson  Bankruptcy No. 15-18005-elf

    Debtor

### ORDER OF COURT

AND NOW, to-wit, this __9th__ day of ____April____, 2019, upon no response to the Motion for Relief from the Automatic Stay filed by U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust, it is hereby **ORDERED** that the Motion is **GRANTED** and that the automatic stay be and hereby **MODIFIED** with respect to U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust ("the Movant"), to permit the Movant to take such actions as may be necessary or appropriate with respect enforcing its *in rem* rights with respect to the Property located 601 Bridge St., Spring City, PA 19475-1227, including actions that may or will divest debtor's rights and interests in the property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**