United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 15-18005-elf
William H. Johnson                                              Chapter 13
William H. Johnson
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Jennifer           Page 1 of 1         Date Rcvd: Apr 09, 2019
                             Form ID: pdf900          Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.
```
db            +William H. Johnson,   MAILING ADDRESS,   P.O. Box 411,   Spring City, PA 19475-0411
14232130      +Chalet Properties III, LLC,   c/o BSI Financial Services,   1425 Greenway Drive, Ste 400,
                Irving, TX 75038-2480
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Chalet Properties III, LLC
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:
```
              ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
               Chalet Series III Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
              CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              CRAIG H. FOX    on behalf of Plaintiff    Springleaf Financial Services of Pennsylvania, Inc.
               bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              JOSEPH L QUINN    on behalf of Defendant William H. Johnson CourtNotices@sjr-law.com
              JOSEPH L QUINN    on behalf of Debtor William H. Johnson CourtNotices@sjr-law.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  Chapter 13

**William H. Johnson**  Bankruptcy No. 15-18005-elf

    **Debtor**

ORDER OF COURT

AND NOW, to-wit, this ___9th___ day of ___April___, 2019, upon no response to the Motion for Relief from the Automatic Stay filed by U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust, it is hereby **ORDERED** that the Motion is **GRANTED** and that the automatic stay be and hereby **MODIFIED** with respect to U.S. Bank Trust National Association, as Trustee of the Chalet Series III Trust ("the Movant"), to permit the Movant to take such actions as may be necessary or appropriate with respect enforcing its *in rem* rights with respect to the Property located 601 Bridge St., Spring City, PA 19475-1227, including actions that may or will divest debtor's rights and interests in the property.

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**