United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18005-elf
William H. Johnson                                                        Chapter 13
William H. Johnson
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0313-2          User: Virginia              Page 1 of 2              Date Rcvd: Apr 10, 2019
                              Form ID: pdf900             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db         +William H. Johnson,    MAILING ADDRESS,    P.O. Box 411,    Spring City, PA 19475-0411
db         +William H. Johnson,    601 Bridge Street,    Spring City, PA 19475-1203
cr         +DITECH FINANCIAL LLC,    14841 Dallas Parkway Suite 300,    Dallas, Tx 75254-7883
cr         +Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox,
             425 Swede Street, Suite 706,    One Montgomery Plaza,    Norristown, PA 19401-4853
13628337   +Bby/cbna,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
14232130   +Chalet Properties III, LLC,    c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,
             Irving, TX 75038-2480
13628339    David H. Solis, D.O,    209 Gay Street,    Phoenixville, PA 19460-3720
13735265   +Ditech Fin. LLC,    c/o Joshua I. Goldman Esq.,    KML Law Group P.C.,
             701 Market St., Ste. 5000,    Phila., PA 19106-1541
13839216   +Ditech Financial LLC,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
             Phila., PA 19106-1541
13628341    Hamburg, Rubin, Mullin, Maxwell & Lupin,    375 Morris Road,    PO Box 1479,
             Lansdale, PA 19446-0773
13628344   +KML Law Group, P.C.,    Suite 5000, BNY Independence Center,    701 Market Street,
             Philadelphia, PA 19106-1538
13628343   +Keystone Health Plan East,    PO Box 11855,    Newark, NJ 07101-0020
13628345    Laboratory Corporation of America,    PO Box 2240,    Burlington, NC 27216-2240
13694767   +Law Office of Stephen Ross, P.C.,    152 E. High Street, Suite 100,    Pottstown, PA 19464-5480
13679941   +Midland Credit Management, Inc. as agent for,    MIDLAND FUNDING LLC,    PO Box 2011,
             Warren, MI 48090-2011
13628347   +Paul C. Emery Co.,    2377 Kimberton Road,    Phoenixville, PA 19460-4741
13628348   +Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
13628349    Premier Orthopaedics and Sports Medicine,    266 Lancaster Avenue, Suite 200,
             Malvern, PA 19355-3256
13653382   +Springleaf Financial Services of Pennsylvania, Inc,    c/o Craig H. Fox, Esquire,
             Fox and Fox Attorneys at Law, P.C.,    425 Swede Street,    One Montgomery Plaza, Suite 706,
             Norristown, PA 19401-4852
13628352    Victor James Plumbing,    335 Schuylkill Road,    Phoenixville, PA 19460

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Apr 11 2019 02:38:08     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2019 02:37:51
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2019 02:38:02     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2019 02:44:30     LVNV Funding LLC,
             c/o Resurgent Capital Services,    P.O. Box 10587,    GREENVILLE, SC  29603-0587
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 03:10:36
             PRA Receivables Management LLC,    PO Box 41067,    Norfolk, VA 23541-1067
cr          E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2019 02:44:38     Synchrony Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
13628338   +E-mail/PDF: creditonebknotifications@resurgent.com Apr 11 2019 02:44:29     Credit One Bank Na,
             Po Box 98873,    Las Vegas, NV 89193-8873
13628342    E-mail/Text: cio.bncmail@irs.gov Apr 11 2019 02:37:40     Dept. of the Treasury,
             Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
13725661    E-mail/Text: bankruptcy.bnc@ditech.com Apr 11 2019 02:37:42     Ditech Financial LLC (see 410),
             PO Box 6154,    Rapid City, SD 57709-6154
13946792    E-mail/Text: bankruptcy.bnc@ditech.com Apr 11 2019 02:37:42
             Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
13628340    E-mail/Text: bankruptcy.bnc@ditech.com Apr 11 2019 02:37:42     Green Tree Servicing,
             Attention: Bankruptcy Dept,    Po Box 6154,    Rapid City, SD 57709
13716663    E-mail/PDF: resurgentbknotifications@resurgent.com Apr 11 2019 02:44:41
             LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13628346   +E-mail/Text: bankruptcynotices@psecu.com Apr 11 2019 02:38:14     P S E C U,
             Attention: Bankruptcy,    Po Box 67013,    Harrisburg, PA 17106-7013
13929661    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 11 2019 02:44:40
             Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13649362   +E-mail/Text: bankruptcynotices@psecu.com Apr 11 2019 02:38:14     PSECU,    PO Box 67013,
             Harrisburg, PA 17106-7013
13647926   +E-mail/Text: csc.bankruptcy@amwater.com Apr 11 2019 02:38:17     Pennsylvania American Water,
             PO Box 578,    Alton, IL 62002-0578
13634522    E-mail/Text: bkdepartment@rtresolutions.com Apr 11 2019 02:37:59
             Real Time Resolutions, Inc.,    1349 Empire Central Drive, Suite #150,
             Dallas, Texas 75247-4029

```
District/off: 0313-2           User: Virginia              Page 2 of 2                  Date Rcvd: Apr 10, 2019
                               Form ID: pdf900             Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
13628993       E-mail/PDF: rmscedi@recoverycorp.com Apr 11 2019 02:44:29
                Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
13628350       E-mail/PDF: cbp@onemainfinancial.com Apr 11 2019 02:44:37      Springleaf Financial Services,
                PO Box 3251,   Evansville, IN 47731-3251
13628351      +E-mail/PDF: gecsedi@recoverycorp.com Apr 11 2019 02:44:27      Synchrony Bank/Care Credit,
                Attn: bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
                                                                                              TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Chalet Properties III, LLC
                                                                                    TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
```
          ALLISON L. CARR    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee of
           Chalet Series III Trust acarr@tuckerlaw.com,    agilbert@tuckerlaw.com
          CRAIG H. FOX    on behalf of Plaintiff    Springleaf Financial Services of Pennsylvania, Inc.
           bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
           bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          JOSEPH L QUINN    on behalf of Defendant William H. Johnson CourtNotices@sjr-law.com
          JOSEPH L QUINN    on behalf of Debtor William H. Johnson CourtNotices@sjr-law.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    DITECH FINANCIAL LLC tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

WILLIAM H. JOHNSON                               Chapter 13

                    Debtor            Bankruptcy No. 15-18005-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: April 10, 2019**                    _____
                                            Eric L. Frank
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-


Debtor:
WILLIAM H. JOHNSON

PO BOX 411

SPRING CITY, PA 19475